**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (CA Bar No. 226112)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| **WEBFX, INC.,** a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>**WEBFX.COM,** an Internet domain name,<br><br>    Defendant. | Case No. 06-3391-JW-PVT<br><br>**STIPULATED REQUEST TO EXTEND DEADLINE TO COMPLETE ADR AND [~~PROPOSED~~] ORDER** |

Pursuant to United States District Court, Northern District ADR Local Rule 5-5, Plaintiff WebFX, Inc. and Defendant Webhead Internet Development, Inc. sued herein as WEBFX.COM (hereinafter collectively, "Parties"), jointly submit the following stipulated request for an extension of time to complete Alternative Dispute Resolution ("ADR").

The Parties filed a Stipulation and Proposed Order Selecting ADR Process, selecting Early Neutral Evaluation on November 7, 2006. The Order Selecting ADR Process, referring the case to Early Neutral Evaluation, was filed on November 8, 2006, setting the deadline for completing the Early Neutral Evaluation session on February 6, 2007.

However, the ADR department was delayed in receiving a copy of the Stipulation and Order Selecting ADR Process, and, after receipt, the ADR department encountered difficulty in finding an available neutral evaluator to appoint to the case. As a result, the Notice of Appointment of Evaluator was not filed until February 1, 2007, just six days before the deadline to complete ADR.

Due to the time constraints, the Parties stipulate to, and hereby request, an extension of time of sixty (60) days, to April 9, 2007, for the Parties to complete their ADR session.

DATED: February 5, 2007.  **KRONENBERGER BURGOYNE, LLP**

/s/
_____
Karl S. Kronenberger
Attorneys for Plaintiff
WEBFX, INC.

DATED: February 5, 2007.  **LAW OFFICES OF LAWRENCE G. TOWNSEND**

/s/
_____
Lawrence G. Townsend
Attorneys for Defendant
Defendant Webhead Internet Development, Inc.,
sued herein as WEBFX.COM

2    **STIPULATED REQUEST TO EXTEND DEADLINE TO COMPLETE ADR**

**ORDER**

Having read the parties' stipulated request to extend the deadline to complete ADR, are reviewing the grounds of such request, the Court hereby grants the parties an extension of time, until April 9, 2007, to complete an Early Neutral Evaluation session.

**IT IS SO ORDERED.**

DATED: __2/6/2007__    _____
JAMES WARE
UNITED STATES DISTRICT JUDGE