**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (CA Bar No. 226112)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile:  (415) 955-1158

Attorneys for Plaintiff WebFX, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| **WEBFX, INC.**, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**WEBFX.COM**, an Internet domain name,<br><br>Defendant. | Case No. 06-3391-JW-PVT<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER |

Plaintiff WebFX, Inc. ("WebFX") and Defendant Webhead Internet Development, Inc., sued herein as WEBFX.COM (collectively, "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1.  The Parties have entered into a Settlement Agreement and Release in this matter whereby they have resolved all claims in this matter and have agreed to the dismissal of the above-captioned action with prejudice. Each party has agreed to bear its own attorneys' fees and costs.

2.  Accordingly, the Parties jointly request the Court dismiss this action with prejudice. Additionally, the Parties jointly request the Court to retain jurisdiction over this case for the purpose of enforcement of the Settlement Agreement.

**KRONENBERGER BURGOYNE LLP**

Dated: May 2, 2007

/s/
Karl S. Kronenberger, Esq.
Attorney for Plaintiff
WEBFX, INC.

**LAW OFFICE OF LAWRENCE G. TOWNSEND**

Dated: May 2, 2007

/s/
Lawrence G. Townsend, Esq.
Attorney for Defendant Webhead Internet Development, Inc., sued herein as WEBFX.COM

## ORDER

Having considered the parties Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>WebFX, Inc. v. WEBFX.COM</u>, Case Number 06-3391-JW-PVT is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

2. This Court shall maintain jurisdiction over this case for the purpose of any action to enforce the Settlement Agreement.

Dated: May 10 2007

*James Ware*
JAMES WARE
UNITED STATES JUDGE